In the Matter of JOHN E. SILSON, Appellant, against NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.—

Present — Foster, P. J., Bergan, Coon, Imrie and Zeller, JJ.   [208 Misc. 59, 62.]